UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED:  9/22/09             │
└─────────────────────────────────┘
```

R.B. and H.Z., on behalf of their minor child,
C.Z.,

                    Plaintiffs,

    -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION and JOEL KLEIN,

                 Defendants.

No. 09 Civ. 7758 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants September 18, 2009 letter, which requests a thirty-day extension of time to respond to the complaint. Plaintiff has consented to this request. Accordingly, IT IS HEREBY ORDERED THAT Defendants' request for a thirty-day extension is GRANTED, and Defendants shall answer or otherwise respond to the Complaint by October 29, 2009.

IT IS FURTHER ORDERED THAT the parties shall appear for a status conference on November 19, 2009 at 11:45 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED THAT, by November 9, 2009 at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place, and that

which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)     A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)     The estimated length of trial; and

(7)     Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by November 9, 2009 at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:     September 21, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2